IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-02415-RPM

TU ANH DINH

      Plaintiff,

v.

STANDARD INSURANCE COMPANY, an Oregon Corporation,

      Defendant.

_____

**ORDER GRANTING MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT**

_____

      This matter comes before the court on Defendant Standard Insurance Company's Motion for Leave to File Response to Plaintiff's Motion for Summary Judgment and being fully advised in the premises:

      IT IS HEREBY ORDERED that the Motion is granted as more fully set forth in said Motion and Defendant will file its Response by September 5, 2006.

      Dated this 3rd day of August 2006.

BY THE COURT:

s/Richard P. Matsch

_____

U.S. District Court Judge