IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-02415-RPM

TU ANH DINH,

    Plaintiff,

v.

STANDARD INSURANCE COMPANY,
an Oregon Corporation,

    Defendant.

---

## ORDER

---

After review of the plaintiff's Motion for Leave to File Reply to Defendant's Response to Plaintiff's Motion for Summary Judgement, filed September 12, 2006 [29], it is

ORDERED that the motion is granted and plaintiff shall have to and including September 27, 2006 to file his reply to defendant's response to plaintiff's motion for summary judgment.

Dated: September 13, 2006

                        BY THE COURT:

                        s/ Richard P. Matsch
                        _____
                        Richard P. Matsch, Senior District Judge