IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-02415-RPM

TU ANH DINH,

     Plaintiff,

v.

STANDARD INSURANCE COMPANY,
an Oregon Corporation,

     Defendant.


**Minute Order Entered by Judge Richard P. Matsch:**


s/M. V. Wentz
 Secretary


     Plaintiff's Motion for Leave to Respond to Defendant's Unopposed Motion Supplementing Defendant's Response to Plaintiff's Motion for Summary Judgment (Doc. #34) is granted and said motion is accepted as the response.


Dated: November 6, 2006