IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-02415-RPM

TU ANH DINH,

    Plaintiff,

v.

STANDARD INSURANCE COMPANY,
an Oregon Corporation,

    Defendant.

## ORDER FOR HEARING

In this civil action brought under ERISA for the recovery of long-term disability benefits under a policy issued by Standard Insurance Company, the plaintiff filed a motion for summary judgment on July 31, 2006. The defendant responded on September 5, 2006, correctly noting that Fed.R.Civ.P. 56 is not applicable and that this Court's review of the insurance company's denial decision is limited to the record developed in processing the plaintiff's application for benefits. That record is voluminous. It has now been reviewed in light of the briefs submitted. Those briefs followed a summary judgment format, making it somewhat difficult for the Court in applying the standard of review required by *Fought v. Unum Life Ins. Co. of America,* 379 F.3d 997 (10th Cir. 2004). Under these circumstances, oral argument will be helpful in this review, given the multiple opinions from treating health care providers and the evaluations made by those consulting the defendant upon records reviews.

One issue to be discussed is whether the defendant's reliance on independent medical examinations conducted for AMICA Insurance Company and Northwestern Mutual Insurance Company is consistent with the suggestion made in *Fought* at page 1015 of the opinion.  It is also unclear whether there is a dispute concerning the last date of coverage under the policy and its effect on the denial decision.

For these reasons, it is now

ORDERED that a hearing will be held on **July 17, 2007, at 10:00 a.m.**, in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado, to hear arguments addressing the conflicting opinions in the record and the reasonableness of the denial letter of February 18, 2005, appearing at STND 827-01366-01362, 01343-01328 [sic].

Dated: June 19, 2007

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge