IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-02415-RPM

TU ANH DINH,

    Plaintiff,

v.

STANDARD INSURANCE COMPANY,
an Oregon Corporation,

    Defendant.

---

### ORDER APPROVING STIPULATION AND CLOSING CASE

---

Pursuant to the Memorandum Opinion and Order of August 7, 2007, determining the legal issues in this civil action and the stipulation regarding amounts owed to the plaintiff under "Own Occupation" coverage definition and for attorney fees and costs owed to plaintiff, as contemplated by this Court's order, it is now

ORDERED that the stipulation is approved and the payments described therein shall be made and this civil action is now closed.

Dated: September 4th, 2007

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  Richard P. Matsch, Senior District Judge